IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAWRENCE P. CHRISTIANSEN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-279
)
CHATHAM COUNTY JAIL STAFF AND )
CONTROL ROOM ON 8-23-13 AT )
AROUND 10:00 A.M., )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of June 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA